United States District Court
Southern District of Texas
**ENTERED**
September 06, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| JASON NELSON, Individually and on behalf of those similarly situated,<br><br>Plaintiff<br><br>v.<br><br>USIC LOCATING SERVICES, LLC, USIC, LLC, RECONN HOLDINGS, LLC, and PROTEK HOLDINGS, LLC,<br><br>Defendants | Case No. 3:23-cv-00091-AME<br><br>Collective Action |

**ORDER GRANTING CERTIFICATION FOR PURPOSES OF SETTLEMENT ONLY, APPROVING SETTLEMENT AND GRANTING DISMISSAL**

Came on to be considered the Parties' Unopposed Motion for Certification and Approval of Collective Action Settlement and Supplement to Motion for Certification and Approval of Collective Action Settlement, and the Court having reviewed the Motion is of the opinion that it should be and hereby is GRANTED.

It is therefore ordered that the Parties' Settlement Agreement as Amended is APPROVED.

1. For purposes of settlement only, the Court certifies this action as a FLSA collective action and certifies a Putative Class for Defendants' employees who worked for Defendants as follows:

> All non-exempt, field-based hourly employees of Defendants employed for at least four consecutive weeks during the last three years in the United States in any state other than Arizona, Colorado, Illinois, Kentucky, Maryland, Massachusetts, Nevada, New Jersey, New Mexico, New York, Ohio, Oregon, Pennsylvania, or Washington.

2. The Court finds that the settlement memorialized in the Settlement Agreement as Amended falls within the range of reasonableness and, therefore, meets the requirements

for approval.

3. The Court approves the notice methods, and forms to facilitate notice as agreed to by the Parties in the Settlement Agreement as Amended. The Notice is accurate, objective, and informative.

4. The Court approves Class Counsel's fees (*$3,126,302.58*) and costs (*$34,481.28*) as agreed to by the Parties' Settlement Agreement.

5. The Court appoints Rust Consulting to administer the Settlement and to perform duties in accordance with the terms of the Settlement Agreement.

6. The Court approves the incentive award in the amount of $5,000.00 to Jason Nelson.

7. Establishment of a Qualified Settlement Fund ("QSF") under Treasury Regulation Section 1.468B-1, to be administered according to the terms of the Settlement Agreement by the Settlement Administrator, is approved.

8. Neither this Order, the Settlement Agreement as Amended, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendants or the Released Parties have engaged in any wrongdoing.

9. The Parties shall submit dismissal documents within 30 days after the Claims Period ends.

_9/6/23_
Date

_____
United States Magistrate Judge