United States District Court
Southern District of Texas
**ENTERED**
January 29, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| JASON NELSON, Individually and on behalf of those similarly situated, | Case No. 3:23-cv-00091-AME |
| Plaintiff | |
| | Collective Action |
| v. | |
| USIC LOCATING SERVICES, LLC, USIC, LLC, RECONN HOLDINGS, LLC, and PROTEK HOLDINGS, LLC, | |
| Defendants | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties Stipulation is GRANTED. It is ordered that this case and all claims asserted are DISMISSED WITH PREJUDICE, each Party to bear its own costs.

_____1-29-24_____
Date

_____
United States Magistrate Judge